# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Cruz Sanchez-Diaz,<br>a.k.a: Cruz Sanchez,<br>a.k.a.: Alberto Cruz,<br>a.k.a.: Miguel Sanchez,<br>(A205 403 553)<br>*Defendant* | )<br>)<br>) Case No.  17-9406 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 9, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Cruz Sanchez-Diaz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 6, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 18, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 9, 2017, Cruz Sanchez-Diaz was arrested by the Chandler Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Sanchez-Diaz was encountered by ICE Officer R. Perkins who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 17, 2017, Sanchez-Diaz was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Sanchez-Diaz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Cruz Sanchez-Diaz to be a citizen of Mexico and a previously deported criminal alien. Sanchez-Diaz was removed from the United States to Mexico at or near Nogales, Arizona, on or about November 6, 2012,

pursuant to an order of removal issued by an immigration judge. There is no record of Sanchez-Diaz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sanchez-Diaz's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Cruz Sanchez-Diaz was convicted of Discharge of a Firearm at a Structure, a felony offense, on May 24, 2010, in the Superior Court of Arizona, Maricopa County. Sanchez-Diaz was sentenced to three and one half (3.5) years' incarceration. Sanchez-Diaz's criminal history was matched to him by electronic fingerprint comparison.

5. On September 17, 2017, Cruz Sanchez-Diaz was advised of his constitutional rights. Sanchez-Diaz freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 9, 2017, Cruz Sanchez-Diaz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 6, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 18th day of September, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge